UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )　Case No. 2:13-mj-00117-jmc-1<br>GRANT KLEIN, 　　　　　　　　　 )<br>　　　　Defendant.　　　　　　　　 ) | |

NOTICE OF APPEARANCE

　　　NOW COMES David L. McColgin who hereby enters his appearance for the Office of the Federal Public Defender by and on behalf of the above-named Defendant Mr. Klein.

　　　Dated:　January 9, 2014

　　　　　　　　　　　　　　　　　　　　　MICHAEL L. DESAUTELS
　　　　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　By:　　/s/ *David L. McColgin*
　　　　　　　　　　　　　　　　　　　David L. McColgin
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　　126 College Street, Suite 410
　　　　　　　　　　　　　　　　　　　Burlington, VT 05401
　　　　　　　　　　　　　　　　　　　802-862-6990
　　　　　　　　　　　　　　　　　　　Counsel for Mr. Klein

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | |
| ) | Case No. 2:13-mj-00117-jmc-1 |
| GRANT KLEIN,  ) | |
| Defendant.  ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2014, I electronically filed a **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Barbara A. Masterson, Assistant United States Attorney, United States Attorney's Office via barbara.masterson@usdoj.gov.

MICHAEL L. DESAUTELS
Federal Public Defender

By:   /s/ *Kelly M. Murphy*
KELLY M. MURPHY
Senior Legal Assistant
Office of the Federal Public Defender
126 College St., Ste. 410
Burlington, VT 05401